STRADMORE DEVELOPMENT CORPORATION ET AL. *v.* JAMES A. MANAFORT ET AL.

The motion by the defendant attorney general of the state of Connecticut for an order directing the trial court to make a finding in the appeal from the Court of Common Pleas in Hartford County is denied.

*William A. McQueeney,* assistant attorney general, in support of the motion.

*Edward L. Marcus,* in opposition.

Submitted March 16—decided March 22, 1972

RALPH C. DELUCIA *v.* EAST HAVEN REDEVELOPMENT AGENCY ET AL.

The motion by the plaintiff for review of the order of the trial court terminating the stay of execution in the appeal from the Superior Court in New Haven County is denied in the absence of a finding. See Practice Book § 694, as amended.

*Benson A. Snaider,* in support of the motion.